UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 09-344(DMC) |
| PLAINTIFF, | : | |
| vs. | : | |
| | : | **CONSENT ORDER** |
| CHANNA CAMPBELL, | : | **MODIFYING CONDITIONS** |
| | | **OF RELEASE** |
| DEFENDANT. | : | |

**THer MATTER** having been opened to the Court by the defendant, Channa Campbell, through her attorney, Michael N. Pedicini, Esq., in the presence of and with the consent of the United States of America, (Eric Moran, Esq., Assistant United States Attorney appearing) and without the objection of Pre-Trial Services for an Order permitting Ms. Campbell to reside at 217 East Larch Avenue, Muskegon, Michigan, with Quaerya Gilcrest acting as third party custodian and the Court having considered the matter and for good and sufficient cause shown;

IT IS ON THIS 30 DAY OF Aug 2010;

**ORDERED** that Defendant is permitted to reside at 217 East Larch Avenue, Muskegon, Michigan; and it is further

ORDERED that Quaerya Gilcrest shall act as the Third Party Custodian for Defendant; and it is further

ORDERED that all other conditions of release heretofore imposed be and the same shall continue in full force and effect until further order of the court.

_____
HONORABLE DENNIS M. CAVANAUGH
UNITED STATES DISTRICT JUDGE

I hereby consent to the form
and entry of the within Order

_____
ERIC MORAN, ESQ.
Assistant U.S. Attorney

_____
MICHAEL N. PEDICINI, ESQ.
Attorney for Defendant,
Channa Campbell