PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

**Name of Offender:** Channa Campbell  
Cr.: 09-00344-001  
PACTS #: 53235

**Name of Sentencing Judicial Officer:** THE HONORABLE DENNIS M. CAVANAUGH  
UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 10/17/2011

**Original Offense:** 21 USC § 846; Conspiracy to Possess and Distribute Narcotics

**Original Sentence:** 18 months custody, 48 months supervised release

**Special Conditions:** DNA testing; Drug and Mental Health Treatment

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 03/21/13

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | On June 20, 2014, November 20, 2104, December 22, 2014 and January 8, 2015, the offender submitted urine samples which offered positive results for the use of marijuana. |

**U.S. Probation Officer Action:**

Campbell will participate in inpatient/outpatient drug and alcohol treatment program as deemed necessary by the probation office. In addition, the probation office increased random drug testing and if her drug use continues, the Court will be immediately notified.

Respectfully submitted,

By: Elisa Martinez  
Senior U.S. Probation Officer  
Date: 03/25/2015

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[✓] No Formal Court Action to be Taken at This Time

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____  
Signature of Judicial Officer

3/30/2015  
Date